```
UNITED STATES DISTRICT COURT               USDC SDNY
SOUTHERN DISTRICT OF NEW YORK              DOCUMENT
-----------------------------------------X ELECTRONICALLY FILED
STEVE SCHNIPPER INDIVIDUAL                 DOC#: _____
401(K) CUST,                               DATE FILED: 12/14/2020
```

Plaintiff,

- against -

1:20-cv-07838-ALC
**Order**

**GARRISON CAPITAL, INC., ET AL,**

Defendants.
-----------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by January 4, 2020.

**SO ORDERED.**

Dated: New York, New York
December 14, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge