# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SCHNIPPER INDIVIDUAL 401(K) CUST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARRISON CAPITAL, INC., JOSEPH TANSEY, BRIAN CHASE, CECIL MARTIN, JOE MOREA, and MATTHEW WESTWOOD,<br>　　　　　　Defendants. | Civil Action No. 1:20-cv-07838-ALC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Steve Schnipper Individual 401(k) Cust hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 24, 2020

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua M. Lifshitz*
　　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　　　**LIFSHITZ LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　821 Franklin Avenue, Suite 209
　　　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (516) 280-7376

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*